```
               IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON
```

**TINA GROUT,**                                    06-CV-1414-ST

        **Plaintiff,**                     ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#21) on December 11, 2007, in which she recommended the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of

1 - ORDER

Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has reviewed the record *de novo,* including Plaintiff's Objections. The Court concludes the Administrative Law Judge provided legally sufficient reasons supported by substantial evidence in the record for his determination, and, therefore, Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#21). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 13th day of February, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER