IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TINA GROUT,                                     06-CV-1414-ST

            Plaintiff,                  JUDGMENT

    v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

           Defendant.

RICHARD F. McGINTY
McGinty & Belcher, P.C.
P.O. Box 12806
Salem, OR 97309
(503) 371-9636

       Attorneys for Plaintiff

KARIN J. IMMERGUT
United States Attorney's Office
BRITANNIA I. HOBBS
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1053

1  -  JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**TERRYE ERIN SHEA**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900
Seattle, WA 98104
(206) 615-2531

      Attorneys for Defendants


      Based on the Court's Order (#___) issued February 13, 2008,

the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this

matter.

      DATED this 13th day of February, 2008.



                  /s/ Anna J. Brown
                  _____
                  ANNA J. BROWN
                  United States District Judge

2  -  JUDGMENT